O

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

LILTON DOOLEY,                          )     CASE NO. CV 13-4179 JFW (RZ)
                                        )
                  Plaintiff,            )
                                        )     ORDER ACCEPTING REPORT AND
            vs.                         )     RECOMMENDATION OF UNITED
                                        )     STATES MAGISTRATE JUDGE
CITY OF LONG BEACH, ET AL.,             )
                                        )
                  Defendants.           )
                                        )

        The Court has reviewed the file in this matter, and has read and reviewed the
Report and Recommendation of United States Magistrate Judge.  Plaintiff has filed no
objections by the December 4, 2014 deadline or for some time thereafter.  The Court
accepts the findings and recommendations in the Report, and grants Defendant's Motion
for Summary Judgment.

        DATED:     December 29, 2014

                                              _____
                                              JOHN F. WALTER
                                              UNITED STATES DISTRICT JUDGE