O

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| LILTON DOOLEY, | CASE NO. CV 13-4179 JFW (RZ) |
| Plaintiff, | |
| vs. | JUDGMENT |
| CITY OF LONG BEACH, ET AL., | |
| Defendants. | |

Pursuant to the Court's Order Accepting Report and Recommendation of the United States Magistrate Judge,

IT IS ORDERED AND ADJUDGED that the action is dismissed with prejudice.

DATED:    December 29, 2014

_____
JOHN F. WALTER
UNITED STATES DISTRICT JUDGE